

CITATION

TES DISTRICT COURT

ISTRICT OF CALIFORNIA

No. C 07-4228 JF (PR)
5015

ORDER OF DISMISSAL
WITH LEAVE TO AMEND

County Jail proceeding pro se, filed a civil

83 alleging the denial of adequate medical

oceed in forma pauperis in a separate written

t for failure to state a cognizable claim for

hended complaint that cures the deficiencies in

USSION

iminary screening in any case in which a

l entity or officer or employee of a

28 | governmental entity. See 28 U.S.C. § 1915A(a). In its review, the court must identify

Order of Dismissal With Leave to Amend
G:\PRO-SE\SJ.Jf\CR.07\Fernandes015dwlta.wpd        1