JF

4-30-08

Dear Sirs,

On or about the Dec 5, 2007 I was placed in Napa State Hospital for 1370. Program. The explaination of my writing this letter is to coinside with my civil litigation suit in Alameda county. Filing No. C.075015. The same bases and format is once again being present to my surroundings. I have no acess to law forms so please let this be a word to the wise. So you know my suit will coinside with each other all true statements! This is just another eye opener to justice for all!

Yours Truley
Ray Fernandes
RAY FERNANDES

P.S Place with suit C-07 5015 Thank you

Suit filed date Sept 27, 2007

Medication denial!

RAY FERNANDES 526
2100 Napa Vallejo Hwy.
Napa, CA 94558-6293

Legal Mail

To: Office of the Clerk
District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, Calif
94/02

Legal Mail