FROM:
Raymond King Fernandes
# 2073344   Q 5 & 6
Napa State Hospital
2100 Napa-Vallejo Hwy,
Napa, CA 94558-6293

RAYMOND KING FERNANDES
PLAINTIFF,

VS. PRISON HEALTH SERVICES, ETAL,
DEFENDENTS
NURSE TERRY KURIEN
DR. BACHEIDER "ORTHO"
OFFICER BARNO AKA OFFICER
BARLOW

CIVIL DOCKET NO.
#5:07-CV-05015-JF

FILED
JUN ? 2008
RICHARD W. [illegible]
CLERK, U.S. DISTRICT [COURT]
NORTHERN DISTRICT OF CALIFORNIA

ON OR ABOUT NOV 8, 2006 I WAS PUT ON A MEDICATION DETOX FOR UNKNOWN REASONS. OVER A CERTAIN PERIOD I CALLED FOR MEDICAL HELP. I LET CONTROLL KNOW I WAS HAVING A PETIT MAL SEIZURE. WHICH NO ASSECTS WAS AVIL. THE WHOLE NIGHT DUE TO LACK OF MEDS. IN THE MORNING MY TRAY SLOT WAS OPEN FOR BREAKFAST. AT THIS TIME A CERTIN SITUATION ACURED WITH THE POD WORKER, BOOK AND PAPER WAS THROWN ABOUT THE POD WORKER Ad-SEG COMPLAINED. WHY I MADE A MESS. BUT TO MY EYES IT ALL WAS THERE AIREADY. WE GOT INTO A AURGUMENT AND THREW OUT PAPER AND CASS. HIM WITH A MILK I WAS HOLDING. HE THEN SPLIT. AFTER THAT SITUATION OFFICER BARLOW ASK ME WHY IN FACT did I GASP INMATE RONNIE TAYLOR AT THAT POINT INMATE RONNIE TAYLOR CAME FROM SIDE DOOR RAISING HIS HAND SAYING FUCK YOU. I THEN RAN TO THE SINK FULL THE CUP WITH WATER AND THROW IT OUT TRAY SLOT ACCIDENTLY HITTING OFFICER BARLOW. HE RAN TO MY CELL KEYED IT AND CAME IN MY CELL. HE PROCEEDED TOWARD ME AND I GRAB HIM AND THREW HIM OUT THE CELL. I WAS TRIPPED BY A UNKNOWN OFFICER

THEN HE PLACED ME IN ELECTRON. THEN An officer BARLOW BEGIN TO HIT ME CLOSE FIST AND KICKING ME UPON MY WHOLE BODY BRAKING RIBS AND NOSE THE OTHER OFFICER YELLED THATS ENOUGH AND HE QUIT. I WAS PLACED IN I'50 CELL ON SUICIDE WATCH NOT BY MY MOUTH. BUT BECAUSE I WAS SO BADLY BEAT. LEFT THERE FOR ONE WEEK WITH ONE NIGHT PAIN PILL AND ONE IN THE MORNING THATS IT. I WAS SENT TO DR. BACHELDER ABOUT OR AFTER ONE WEEK TO HIM SHOWING ME THE X-RAY AND STATING GOOD GUY HEAL NO PILLS NO CAST NOTHING. I CAME IN FROM HAYWARD P.D. WITH MORE BROKEN BONES AND NO CAST AND JUST WAS HEALING. THEN THIS ACCIDENT OCCOURED

THE FOREGOING IS TRUE AS STATED

*Ray Fernandes*
RAY FERNANDES



RAY FERNANDES 95-6
2100 Napa Vallejo Hwy.
Napa, CA 94558-6293

OFFICE of T
DISTRICT COURT.
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIF
94102

LEGAL MAIL!!