NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KING FERNANDES, | No. C 07-05015 JF (PR) |
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT; INSTRUCTIONS TO CLERK |
| vs. | |
| PRISON HEALTH SERVICES, et al., | |
| Defendants. | (Docket No. 10) |

Plaintiff, a California inmate proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 alleging the denial of adequate medical care. On March 4, 2008, the Court dismissed the complaint with leave to amend. However, the copy of the order to Plaintiff was returned as undeliverable on March 13, 2008. On May 2, 2008, Plaintiff notified the Court that he was placed in Napa State Hospital. For good cause, the Court will grant Plaintiff an extension of time to file an amended complaint in accordance with the Court's March 4, 2008 order.

The clerk is instructed to send Plaintiff a copy of the March 4, 2008 order, Docket No. 6), along with a copy of the instant order. Plaintiff is ordered to file an amended complaint **within thirty (30) days** from the date this order is filed in accordance with the

Order Granting Ext. Of Time to File Amended Complaint; Inst. To Clerk
P:\PRO-SE\SJ.JF\CR.07\Fernandes015_eot-amend.wpd      1

1  March 4, 2008 order.  The amended complaint complete replaces the previous complaint,
2  and Plaintiff may not incorporate material from the prior complaint, such as exhibits or
3  supporting documentation of prison administrative appeals, by reference.  **Failure to file**
4  **an amended complaint in accordance with this order will result in dismissal of this**
5  **action without further notice to Plaintiff.**

6  Plaintiff's motion for leave to proceed in forma pauperis (Docket No. 10) is
7  DENIED as moot.  Plaintiff was granted pauper status in a previous order.  (Docket No.
8  5.)

9  It is Plaintiff's responsibility to prosecute this case.  Plaintiff must keep the
10 Court informed of any change of address by filing a separate paper with the clerk headed
11 "Notice of Change of Address."  He must comply with the Court's orders in a timely
12 fashion or ask for an extension of time to do so.  Failure to comply may result in the
13 dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

14 IT IS SO ORDERED.

16 DATED: 8/8/08

JEREMY FOGEL
United States District Judge