RECEIVED
2008 AUG 29 PM 2:59
RICHARD W. WIEKING
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

FILED
AUG 29 2008

1. **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2. Name FERNANDES    RAYMOND    K
   (Last)           (First)      (Initial)

4. Prisoner Number AHD-777-2-8-7

5. Institutional Address 5325 Broder Blvd Dublin Calif 94568

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND KING FERNANDES
(Enter the full name of plaintiff in this action.)

vs.

PRISON HEALTH SERVICES

NURSE TERRY KURLEN

DR. BACHALDER

ALAMEDA COUNTY SHERIFF DEPUTY BARLOW
(Enter the full name of the defendant(s) in this action) AKA BARAO

Case No. C-07-5015 JF (PR)
(To be provided by the Clerk of Court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
Title 42 U.S.C § 1983

DOCKET NO. 6

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies.

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  Napa State Hospital

   B.  Is there a grievance procedure in this institution?

       YES (X)   NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?

       YES (X)   NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue a certain level of appeal, explain why.  076-50735 May 19, 2007 Denied I did appeal it. It never got answered

COMPLAINT                                - 1 -

1.  1. Informal appeal _____
2.  _____
3.  _____
4.  2. First formal level _____
5.  _____
6.  _____
7.  3. Second formal level _____
8.  _____
9.  _____
10. 4. Third formal level _____
11. _____
12. _____
13. E.  Is the last level to which you appealed the highest level of appeal available to
14.     you?
15.         YES (X)      NO ( )
16. F.  If you did not present your claim for review through the grievance procedure,
17. explain why. _____
18. _____
19. _____
20. II.  Parties.
21. A.  Write your name and your present address. Do the same for additional plaintiffs,
22.     if any.
23. RAYMOND KING FERNANDES #2073344
24. NAPA STATE HOSPITAL Q576
25. 2100 NAPA VALLEY HWY NAPA CALIF 94558-6293
26. B.  Write the full name of each defendant, his or her official position, and his or her
27.     place of employment.
28. NURSE TERRY KURIEN HEAD NURSE ALAMEDA COUNTY JAIL

COMPLAINT                          - 2 -

1  DR. BACHALDER ORTHOPEDIC ALAMEDA COUNTY JAIL
2  ALAMEDA COUNTY SHERIFF, OFFICER D. BARLOW AKA BARAO
3  ALAMEDA COUNTY JAIL
4  _____

5  III.   Statement of Claim.
6        State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.
10
11
12
13
14
15
16
17
18
19
20
21
22
23  IV.   Relief.
24        Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
26
27
28

COMPLAINT                           - 3 -

1  _____
2  _____
3  _____
4  _____

5    I declare under penalty of perjury that the foregoing is true and correct.

7    Signed this 21st day of August, 2008

            *Raymond King Fernandez*
                (Plaintiff's signature)

COMPLAINT                    - 4 -

RAYMOND KING FERNANDES #20733YY
NAPA STATE HOSPITAL (Q-5-6)
2100 VALLEY HWY
NAPA. CALIF 94558-6293

LEGAL MAIL

TO:
OFFICE OF THE CLERK US DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE. CALIFORNIA
95113-3095

LEGAL MAIL



UNITED STATES POSTAGE
$01.17
AUG 25 20
MAILED FROM ZIP CODE 945