FILED

AUG 29 2008

NOR...

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND KING FERNANDES,
    Plaintiff,

vs.

NURSE TERRY KURIEN
DR. BACHALDER
DEPUTY SHERIFF
D. BARLOW AKA BARAO,
    Defendant.

CASE NO. C-07-5015

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, RAYMOND K. FERNANDES declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes _X_ No _☒_ PART TIME

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 46.15 A MONTH   Net: 46.15 A MONTH

Employer: ED FOULK   QSEB KITCHEN
2100 NAPA VALLEY HWY, NAPA CALIF 94558-6293

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____SSI DiSABlEd_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No _X_

    b. Income from stocks, bonds, or royalties?      Yes ___ No _X_

    c. Rent payments?      Yes ___ No _X_

    d. Pensions, annuities, or life insurance payments?      Yes ___ No _X_

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No _X_

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____

_____

3. Are you married?      Yes ___ No _X_

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.     a. List amount you contribute to your spouse's support:$ _____

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?  Yes ___  No _X_

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?  Yes ___  No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ___ No ___ If so, Total due: $_____

Monthly Payment: $_____

7. Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ___ No _X_ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____

8. What are your monthly expenses?

Rent: $_____  Utilities: _____

Food: $_____  Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

1 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do not include account numbers.)
3 | _____ NO - _____
4 | _____
5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes  X    No ____
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____ SAME LAW SUIT _____
10 | _____
11 |      I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |      I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 8-21-08                              Raymond K. Fernandes
17 |    DATE                                 SIGNATURE OF APPLICANT

Case Number: C-07-5015-JF (PR)

# CERTIFICATE OF FUNDS
# IN
# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __RAYMOND K. FERNANDES__ for the last six months
[prisoner name]
__NAPA STATE HOSPITAL__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 8-21-08                               _____[signature]_____
                                             [Authorized officer of the institution]

- 5 -