1  CHANGE of ADDRESS for RAYMOND KING FERNANDES AND-777

2  from ALAMEDA COUNTY JAIL

3  SANTA RITA

4  5325 BRODER Blvd

5  DUBLIN CALIF 94568

6  : TO THIS NEW AddRESS

7  RAYMOND KING FERNANDES # 2073344

8  NAPA STATE HOSPITAL Q5&6

9  2/00 NAPA VALLEY HWY

10  NAPA CALIF 94558-6293

12  FILED

13  AUG 2 9 2008

15  CALIFORNIA